peals for the First Circuit denied. *Mr. Harvey D. Goulder*, *Mr. S. H. Holding* and *Mr. F. S. Masten* for the petitioners. *Mr. Louis Hasbrouck*, *Mr. M. H. Cardozo* and *Mr. B. N. Cardozo* for the respondents.

---

No. 509. BANKERS' MUTUAL CASUALTY COMPANY, PETITIONER, *v.* MINNEAPOLIS, ST. PAUL AND SAULT STE. MARIE RAILWAY COMPANY. December 22, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Horatio F. Dale* and *Mr. William Connor* for the petitioner. No appearance for the respondent.

---

No. 520. FRED. C. KILHAM, ADMINISTRATOR, ETC., PETITIONER, *v.* WILLIAM J. WILSON. December 22, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. R. T. McNeal* and *Mr. E. T. Wells* for the petitioner. No appearance for the respondent.

---

No. 522. NATIONAL GLASS COMPANY ET AL., PETITIONERS, *v.* BRYCE BROTHERS COMPANY ET AL. December 22, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. John G. Johnson*, *Mr. Wm. L. Pierce* and *Mr. James K. Bakewell* for the petitioners. *Mr. J. Snowden Bell* and *Mr. Francis T. Chambers* for the respondents.

---

No. 523. UNITED STATES FIDELITY AND GUARANTY COMPANY, PETITIONER, *v.* D. D. MUIR, AS RECEIVER, ETC. December 22, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Isidor Rayner* and *Mr. J. Kemp Bartlett* for the petitioner. *Mr. Joel C. Baker* for the respondent.